FILED

2018 JUN 20 AM 10: 52

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) JUDGE |
| v. | ) **1:18 CR 320** |
| PEDRO LUIS MARTINEZ-NAVARRO, | ) CASE NO. _____ |
| | ) Title 8, Section 1326, |
| | ) United States Code |
| Defendant. | ) |

JUDGE ADAMS

**COUNT 1**
(Illegal Reentry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant PEDRO LUIS MARTINEZ-NAVARRO is an alien and citizen of Honduras, who was previously removed from the United States on the following occasion:

    a. On or about February 13, 2009, Defendant was found in the United States and removed to Honduras.

2. On or about May 26, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for

Homeland Security (Title 6, United States Code, Sections 202(3), (4) and (557)) to apply for readmission into the United States, in violation of Title 8, Section 1326, United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.